AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Texas

▼

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Tyler Alejandro VIERA | ) | Case No.   **4:26-mj-236** |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

United States Courts
Southern District of Texas
FILED

*April 07, 2026*

Nathan Ochsner, Clerk of Court

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ January 27, 2026 _____ in the county of _____ Harris _____ in the _____ Southern _____ District of _____ Texas _____, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 21 USC 841 | Possession with intent to distribute 500 grams or more of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841. |

This criminal complaint is based on these facts:

See attachment A

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Patrick Zaruba, DEA Special Agent
_____
*Printed name and title*

Sworn to and signed by telephone.

Date: _____ April 07, 2026 _____

_____
*Judge's signature*

City and state: _____ Houston, Texas _____

Peter Bray, United States Magistrate Judge
_____
*Printed name and title*

4:26-mj-236

**ATTACHMENT A**

I, Special Agent Patrick Zaruba, being first duly sworn, hereby depose and state as follows:

In January 2026, a Galveston County Sheriff's Office Confidential Source ("CS") was contacted by Tyler Alejandro VIERA regarding finding a buyer of kilogram quantities of cocaine. VIERA was selling the cocaine for $14,000 per kilogram.

On January 27, 2026, the DEA Galveston Resident Office, Houston Police Department, United States Marshal Service and Texas Department of Public Safety conducted a buy/bust operation for five (5) kilograms of cocaine from VIERA using the CS. VIERA provided the CS with the address of 2926 Gregg Street, Houston, Texas for the meeting location. Surveillance was established on the Gregg Street location with the assistance of drone and DEA Airwing. VIERA was observed arriving at the Gregg Street location, operating a black Nissan Maxima with Texas plate SML7132.

VIERA was then observed traveling to 3716 Cactus Street, Houston, Texas. Agents further observed another male, later identified as Howard Johnson, retrieve a white box from a vehicle parked next to VIERA and then place the white box inside of the black Nissan Maxima, which VIERA was driving. VIERA and Johnson then drove to 3710 Cactus Street, at which point VIERA backed the black Nissan into a driveway. VIERA then contacted the CS and instructed the CS to meet at 3710 Cactus Street, Houston, Texas.

The CS arrived at 3710 Cactus Street and met with VIERA inside of the black Nissan. The CS observed five bundles of suspected cocaine inside of the white box and provided Agents a signal that VIERA was in possession of the suspected cocaine. The CS then departed the location, at which point Agents arrived at the location and observed VIERA attempt to walk away from the Nissan and was detained. Agents observed the box in the back seat of Nissan and observed five bundles of suspected cocaine.

1

An analysis by the DEA South Central Laboratory confirmed that three bundles seized on January 26, 2026, contained 3,006.6 grams cocaine, a Schedule II Controlled Substance.

Patrick Zaruba
Special Agent
Drug Enforcement Administration

Signed and sworn telephonically before me on 7th day of April, 2026 and I find probable cause.

Peter Bray
United States Magistrate Judge

2